**No. 60854.**—Reliance Merchandise Co., Inc., and J. E. Bernard & Company, Inc. *v.* United States, protests 227521–K and 229435–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of metal dime savings banks the same in all material respects as those the subject of *M. Pressner & Co.* v. *United States* (36 Cust. Ct. 262, C. D. 1784), the claim of the plaintiffs was sustained.

**No. 60855.**—William Shaland Corp. and The Lee Herrmann Co. *v.* United States, protest 285389–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosing that the protest was filed 61 days after the date of liquidation, the protest was dismissed as untimely, by virtue of section 514, Tariff Act of 1930.

**No. 60856.**—Gat Cheung Co. and Lun Tai & Co. *v.* United States, protests 291077–K and 290736–K (New York).

Opinion by WILSON, J. In accordance with stipulation of counsel that the merchandise consists of fish similar in all material respects to that the subject of Abstract 60311, the claim of the plaintiffs was sustained.